UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL GLOVER,<br><br>Plaintiff<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and THE BIG EAST CONFERENCE<br>Defendants | : | C.A. No. 08-322T |

**PLAINTIFF MICHAEL GLOVER'S MOTION FOR**
**<u>TEMPORARY RESTRAINING ORDER</u>**

NOW comes Plaintiff Michael Glover ("Mr. Glover") by his counsel and pursuant to Federal Rule of Civil Procedure 65(b) respectfully requests a temporary restraining order enter preventing Defendants, the National Collegiate Athletic Association ("NCAA") and the Big East Conference, from declaring him a "non-qualifier" and, thus, prohibiting Plaintiff Glover from participating in intercollegiate athletics at Seton Hall University ("Seton Hall") and receiving athletic-based financial aid from Seton Hall.

In support hereof, Plaintiff states that (1) Plaintiff has filed a Complaint setting forth the grounds for relief and an accompanying memorandum of law and affidavit in support of this Motion; (2) Plaintiff has demonstrated a reasonable likelihood of success on the merits; (3) Plaintiff will suffer irreparable harm if he continues to be declared a non-qualifier.

WHEREFORE, Plaintiff Michael Glover requests entry of a Temporary Retraining Order and/or Preliminary Injunction restraining the NCAA and the Big East Conference from (1) declaring Mr. Glover a non-qualifier under the rules promulgated by the NCAA; (2) declaring

Mr. Glover ineligible to participate in intercollegiate athletics at Seton Hall; and (3) prohibiting Mr. Glover from receiving athletic-based financial aid from Seton Hall.

Respectfully submitted,

MICHAEL GLOVER,
By his Attorneys,

Walter Stone (#1649)
Jeffrey Crudup (#7721)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Email: wstone@apslaw.com
Email: jcrudup@apslaw.com

## CERTIFICATION

I hereby certify that on this 28th day of August, 2008, the foregoing was served upon **Linda Salfrank**, Counsel for the National Collegiate Athletic Association via email at lsalfrank@spencerfane.com and **John Marinatto**, Senior Associate Commissioner of the Big East Conference, via e-mail at jmarinatto@bigeast.org.

*465434_1*