UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL GLOVER,<br>Plaintiff<br><br>vs.<br><br>NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and THE BIG EAST CONFERENCE<br>Defendants | : | C.A. No. 08-322T |

**PLAINTIFF MICHAEL GLOVER'S MOTION TO SEAL**

NOW comes Plaintiff Michael Glover ("Mr. Glover") by his counsel and pursuant to Local Rule 102 respectfully requests that Plaintiff's Memorandum of Law In Support of Plaintiff's Motion For Temporary Restraining Order ("Memorandum") be filed under seal.

In support hereof, Plaintiff states that (1) while Mr. Glover's confidential academic records are necessary exhibits to the aforementioned motion, such records are ordinarily confidential and (2) Attorney Salfrank representing the Defendant National Collegiate Athletic Association ("NCAA") has indicated that the NCAA would, in fact, welcome a seal being placed on the Memorandum to protect Mr. Glover's confidential academic records.

WHEREFORE, Plaintiff Michael Glover requests the Memorandum be sealed.

Respectfully submitted,

MICHAEL GLOVER,

By his Attorneys,

Walter Stone (#1649)
Jeffrey Crudup (#7721)
Adler Pollock & Sheehan P.C.
One Citizens Plaza, 8th FL
Providence, RI 02903
Tel: (401) 274-7200
Fax: (401) 351-4607
Email: wstone@apslaw.com
Email: jcrudup@apslaw.com

**CERTIFICATION**

I hereby certify that on this 28th day of August, 2008, the foregoing was served upon **Linda Salfrank**, Counsel for the National Collegiate Athletic Association via email at lsalfrank@spencerfane.com and **John Marinatto**, Senior Associate Commissioner of the Big East Conference, via e-mail at jmarinatto@bigeast.org.

*466231_1*