UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| MICHAEL GLOVER, | : | |
| Plaintiff | : | |
| v. | : | Case No.: 1:08-cv-00322-T-DLM |
| NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al. | : | |
| Defendants. | : | |

**MOTION FOR ADMISSION PRO HAC VICE**

Defendant National Collegiate Athletic Association hereby moves that Jonathan F. Duncan be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Jonathan F. Duncan, *Pro Hac Vice* Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

/s/ Steven M. Richard
Steven M. Richard

Steven M. Richard
Nixon Peabody LLP
1 Citizens Parkway, Ste 500
Providence, RI 02903

RI Bar ID #4403
E-mail: srichard@nixonpeabody.com
Telephone: (401) 454-1000
Facsimile: (401) 454-1030

**CERTIFICATE OF SERVICE**

I hereby certify that this Motion for Admission Pro Hac Vice was served on September 2, 2008 upon the following counsel:

Walter Stone, Esq.
Jeffrey Crudup, Esq.
Adler Pollock & Sheehan
One Citizens Plaza
Providence, RI 02903
(electronically via CM/ECF and via facsimile)

Bruce Gladstone, Esq.
Justin Shay, Esq.
Cameron & Mittleman
30 Exchange Terrace
Providence, RI 02903
(via facsimile)

/s/ Steven M. Richard