**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **MICHAEL GLOVER** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. 08-322-T** |
| | ) | |
| **NATIONAL COLLEGIATE ATHLETIC ASSOCIATION and THE BIG EAST CONFERENCE,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**DEFENDANT NCAA'S MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

Defendant, National Collegiate Athletic Association ("NCAA"), by and through its counsel of record, and pursuant to Federal Rule of Civil Procedure 12(b)(1), hereby moves to dismiss plaintiff's Complaint for lack of subject matter jurisdiction. In support of this Motion, the NCAA has filed a Memorandum of Law and an Affidavit of Kevin Lennon.

Pursuant to Local Civ. R. 7(e), the NCAA requests an oral argument on the Motion, which should require no more than thirty minutes to complete.

Respectfully submitted,

/s/ Steven M. Richard

Steven M. Richard (#4403)
Nixon Peabody LLP
1 Citizens Plaza, Ste 500
Providence, RI 02903
Telephone: (401) 454-1000
Facsimile: (401) 454-1030
srichard@nixonpeabody.com

Linda J. Salfrank (Missouri Bar No. 38119)
Jonathan F. Duncan (Missouri Bar No. 43659)
Spencer Fane Britt & Browne LLP
1000 Walnut Street, Suite 1400
Kansas City, Missouri 64106
Telephone: (816) 474-8100
Telecopier: (816) 474-3216

**ATTORNEYS FOR DEFENDANT NATIONAL COLLEGIATE ATHLETIC ASSOCIATION**

## CERTIFICATE OF SERVICE

I hereby certify that on 8th day of September, 2008 a true and correct copy of the above and foregoing Motion to Dismiss was filed and served electronically through the Court's CM/ECF system. Also, a copy of the Motion was served via facsimile upon the following counsel for Defendant The Big East Conference:

Bruce Gladstone, Esq.
Justin Shay, Esq.
Cameron & Mittleman
30 Exchange Terrace
Providence, RI 02903

/s/ Steven M. Richard

Attorney for Defendant, NCAA