UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL GLOVER,

Plaintiff

v.

NATIONAL COLLEGIATE ATHLETIC ASSOCIATION, et al.

Defendants.

Case No.: 1:08-cv-00322-T-DLM

STATE OF INDIANA )
) ss:
COUNTY OF MARION )

**AFFIDAVIT OF KEVIN LENNON**

I, Kevin Lennon, being duly sworn, present this Affidavit in the above-captioned case. I have first hand and personal knowledge of the following statements:

1. My name is Kevin Lennon. I am an adult, of sound mind, and am laboring under no disability which would prevent me from accurately giving this testimony by affidavit.

2. I am making all of the statements in this Affidavit based upon my personal knowledge. I give this Affidavit for use in connection with defendant NCAA's Motion to Dismiss in this matter as well as for all other purposes allowed by law.

3. I received a Bachelor's Degree in Psychology and Social Relations from Harvard University. I subsequently received a Master's Degree in Sports Administration from Ohio University, and I am currently a candidate for a doctorate degree in higher education from the University of Kansas.

4. I began working for the National Collegiate Athletic Association ("NCAA") in 1986 and I currently serve as Vice President for Membership Services.

5. I have personal knowledge regarding the structure of the NCAA. Specifically, the NCAA is an unincorporated association made up of voluntary members. Those members include colleges, universities, conferences and other educational institutions throughout the United States.

6. The NCAA is made up of more than 1,200 member institutions. There is at least one member in every state of the United States. There are at least eight (8) NCAA members located in the State of Rhode Island and at least ninety-nine (99) in the State of New York.

7. I can testify competently hereto if called upon at trial.

FURTHER AFFIANT SAYETH NAUGHT.

I declare under the penalty of perjury of the laws of the United States of America that the above is true and correct to the best of my knowledge and belief.

Kevin Lennon

Subscribed and sworn to before me this 8th day of September, 2008.

Notary Public

My Commission Expires:

REGINA NOEL-MORSE
Marion County
My Commission Expires
August 20, 2011



WA 983715.1

**CERTIFICATE OF SERVICE**

I hereby certify that on 8th day of September, 2008 a true and correct copy of the above and foregoing Affidavit of Kevin Lennon was filed and served electronically through the Court's CM/ECF system. Also, a copy of the Motion was sent via facsimile to the counsel for Defendant The Big East Conference:

Bruce Gladstone, Esq.
Justin Shay, Esq.
Cameron & Mittleman
30 Exchange Terrace
Providence, RI 02903

/s/ Steven M. Richard

Attorney for Defendant, NCAA