UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

MICHAEL GLOVER

        Plaintiff,

v.                                    C.A. No. 08-322T

NATIONAL COLLEGIATE
ATHLETIC ASSOCIATION, ET AL.

        Defendants.

## ORDER GRANTING THE DEFENDANTS' MOTIONS TO DISMISS THE COMPLAINT

For reasons stated in open Court on October 14, 2008, it is, hereby, ORDERED that:

(1) The NCAA's motion to dismiss the complaint for lack of subject matter jurisdiction is GRANTED;

(2) The claims against The Big East are dismissed for failure to state a claim upon which relief can be granted and for lack of subject matter jurisdiction.

                                          By Order

                                          /s/ Deputy Clerk

ENTER:

/s/ Ernest C. Torres
Ernest C. Torres
Sr. U.S. District Judge
Date: October 16, 2008