# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MICHAEL GLOVER,
Plaintiff

    v.                                                C.A. No. 08-322T

NATIONAL COLLEGIATE ATHLETIC
ASSOCIATION, ET AL.,
Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Judgment hereby enters for the Defendants the National Collegiate Athletic Association and the Big East Conference and against Plaintiff Michael Glover pursuant to this Court's Order granting Defendants' Motions to Dismiss, dated October 16th, 2008.

                                                    Enter:

                                                    /s/ Ryan H. Jackson

                                                    Deputy Clerk

Dated: October 16th, 2008